

**GAW VAN MALE**
SMITH MYERS & MIROGLIO PLC

COUNSELORS AT LAW

David B. Gaw ††
Wyman G. Smith III
Bruce A. Myers
Bruce A. Miroglio
S. Scott Reynolds ‡
Teresa A. Cunningham
James R. Forbes
Robert E. Lando

Scott D. Greenwood-Meinert
David R. Lawson
Douglas C. Spletter
James P. Lamping ‡
Michael A. Manfred
Nicholas E. Donovan
Betty L. Homer
D. Kenneth Brock
Conor J. Massey
Lori A. Hunt
Kenneth G. English
James D. Watson

OF COUNSEL

Nicholas R. Van Male
Christine L. Craig ‡
Katja Loeffelholz*
Kathryn P. Wilke

DESIGNATIONS

‡ Certified Specialist
Estate Planning, Trust & Probate
State Bar of California,
Board of Legal Specialization
† Certified Elder Law Attorney,
National Elder Law Foundation
* Registered Attorney,
U.S. Patent and Trademark Office
Member of LAWPACT,
International Association of
Independent Business Law Firms

REPLY TO
NAPA VALLEY

1000 Main Street
3rd Floor
Napa, California
94559-2653

T/707-252-9000
F/ 707-252-0792
tcunningham@
gawvanmale.com

NAPA
FAIRFIELD
VACAVILLE
REDLANDS
WWW.GAWVANMALE.COM

September 1, 2009

File No.: GOTT.8

**E-FILE**

United States District Court
280 South 1st Street
San Jose, CA   95113

Attention: Magistrate Judge Patricia V. Trumbull

    *Re:*    ***Gott Brothers Development v. Nicholson, et al.***
            ***U.S.D.C. Case No. CV 09 0807***

Dear Judge Trumbull:

This firm represents Plaintiff in the above-entitled matter.

We respectfully request to be allowed to appear telephonically at the Case Management Conference scheduled for September 29, 2009 at 2:00 p.m.

Please advise if this request is granted.

Thank you.

Very truly yours,

GAW, VAN MALE, SMITH,
MYERS & MIROGLIO

TERESA A. CUNNINGHAM

:cjs