JAMES R. ROSE (S.B. #109726)
KATHARINE HELDT FALACE (S.B. #222744)
LAW OFFICES OF JAMES R. ROSE
1500 Railroad Avenue
St. Helena, CA 94574
(707) 967-9656
Fax: (707) 963-0771
E-mail: roselawinc@sbcglobal.net

TERESA A. CUNNINGHAM (S.B. #136013)
GAW, VAN MALE, SMITH, MYERS & REYNOLDS
A Professional Law Corporation
1000 Main Street, 3rd Floor
Napa, California 94559
(707) 252-9000
Fax: (707) 252-8721
E-mail: tcunningham@gawvanmale.com

Attorneys for Plaintiff,
GOTT BROTHERS DEVELOPMENT, LLC
and Counter-Defendants, GOTT BROTHERS
DEVELOPMENT, LLC, JOEL GOTT and DUNCAN GOTT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOTT BROTHERS DEVELOPMENT, LLC, a limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> JEAN NICHOLSON, et al., <br><br> Defendants. <br>—————————————————————— <br> AND RELATED COUNTERCLAIM. <br>—————————————————————— | Case No.  CV 09-00807 VRW <br><br> **PLAINTIFF'S MOTION FOR ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER THEREON** <br><br> [Civil Local Rules 7-11 and 11-5] |

## MOTION

Pursuant to Civil Local Rules 7-11 and 11-5, Plaintiff/Counter-Defendant, GOTT

BROTHERS DEVELOPMENT, LLC, a limited liability company, and Counter-Defendants, JOEL

GOTT and DUNCAN GOTT hereby move the Court for an Order permitting the withdrawal of

their counsel of record, Teresa A. Cunningham of Gaw, Van Male, Smith, Myers & Reynolds, and

**Motion for Order Permitting Withdrawal and Substitution of Counsel and Order Thereon**

1  the appearance of substitute counsel, James R. Rose and Katharine Heldt Falace of the Law

2  Offices of James R. Rose on their behalf in this action.  GOTT BROTHERS DEVELOPMENT,

3  LLC, JOEL GOTT and DUNCAN GOTT respectfully submit that said substitution of counsel is in

4  the interests of justice.

5      GOTT BROTHERS DEVELOPMENT, LLC, JOEL GOTT, DUNCAN GOTT, Gaw, Van

6  Male, Smith, Myers & Reynolds and the Law Offices of James R. Rose consent to such

7  withdrawal and substitution of counsel.

8      Accordingly, GOTT BROTHERS DEVELOPMENT, LLC, JOEL GOTT and DUNCAN

9  GOTT respectfully request that the Court enter an order reflecting this change, and that all

10  necessary changes be made to the Court's records and ECF, and that all future communications

11  regarding this case be directed to the following:

12  JAMES R. ROSE (S.B. #109726)
    KATHARINE HELDT FALACE (S.B. #222744)
13  LAW OFFICES OF JAMES R. ROSE
    1500 Railroad Avenue
14  St. Helena, CA 94574
    Telephone:    (707) 967-9656
15  Facsimile:    (707) 963-0771
    E-mail:       roselawinc@sbcglobal.net
16

17      Counsel for Defendants/Counter-Claimants, JEAN NICHOLSON and DEAN

18  NICHOLSON, individually and as Trustees of the DEAN AND JEAN T. NICHOLSON FAMILY

19  TRUST; VIRGINIA TOOGOOD, individually and as the Trustee of the VIRGINIA TOOGOOD

20  FAMILY TRUST, Patrick McGovern, was informed of the proposed substitution.

21      On November 24, 2009, Gaw, Van Male, Smith, Myers & Reynolds served on Patrick

22  McGovern, Joel Gott, Duncan Gott and Gott Brothers Development, LLC a Notice of Intent to

23  Substitute Out as Counsel for Plaintiff Gott Brothers Development, LLC, Joel Gott and Duncan

24  Gott.  The Notice of Intent to Substitute Out as Counsel is attached hereto and incorporated herein

25  as Exhibit "A."

26      Counsel for Defendants/Counter-Claimants, Patrick McGovern, has not opposed the

27  substitution of counsel.

28      This motion is not made for purposes of delay or any other improper purpose.

**Motion for Order Permitting Withdrawal and Substitution of Counsel and Order Thereon**

1  WHEREFORE, GOTT BROTHERS DEVELOPMENT, LLC, JOEL GOTT and

2  DUNCAN GOTT respectfully request this Court enter its Order permitting withdrawal and

3  substitution of counsel for GOTT BROTHERS DEVELOPMENT, LLC, JOEL GOTT and

4  DUNCAN GOTT, and update the Court's ECF system for this case by removing Teresa A.

5  Cunningham of Gaw, Van Male, Smith, Myers & Reynolds as counsel of record and substituting

6  in her place James R. Rose and Katharine Heldt Falace of the Law Offices of James R. Rose as

7  counsel of record for GOTT BROTHERS DEVELOPMENT, LLC, JOEL GOTT and DUNCAN

8  GOTT.

9  DATED:  December 16, 2009

10                                        GAW, VAN MALE, SMITH, MYERS & REYNOLDS

11

12                                        By __/s/ Teresa A. Cunningham_____
                                              TERESA A. CUNNINGHAM

13

14  DATED: December 16, 2009              LAW OFFICES OF JAMES R. ROSE

15

16                                        By__/s/ James R. Rose_____
                                              JAMES R. ROSE

17                                            KATHARINE HELDT FALACE

18  DATED: December 16, 2009              GOTT BROTHERS DEVELOPMENT, LLC

19

20                                        By__/s/ Joel Gott_____
                                              JOEL GOTT

21

22  DATED: December 16, 2009               _/s/ Joel Gott_____
                                              JOEL GOTT, individually

23

24  DATED: December 16, 2009               _/s/ Duncan Gott_____
                                              DUNCAN GOTT, individually

25

26

27

28

**Motion for Order Permitting Withdrawal and Substitution of Counsel and Order Thereon**

1

## [PROPOSED] ORDER

2          Having reviewed and considered  Plaintiff/Counter-Defendant, GOTT BROTHERS

3 DEVELOPMENT, LLC, and Counter-Defendants, JOEL GOTT and DUNCAN GOTT's Motion

4 for Order Permitting Withdrawal and Substitution of Counsel, and good cause appearing therefor,

5 the Court hereby orders that Teresa A. Cunningham of Gaw, Van Male, Smith, Myers & Reynolds

6 be permitted to withdraw as counsel of record, and James R. Rose and Katharine Heldt Falace of

7 the Law Offices of James R. Rose may appear as substitute counsel of record for Plaintiff/Counter-

8 Defendant, GOTT BROTHERS DEVELOPMENT, LLC, and Counter-Defendants, JOEL GOTT

9 and DUNCAN GOTT.  The Court's ECF system shall be updated to reflect these changes.

10          IT IS SO ORDERED.

11 DATED: _____

12

13                                        _____
                                         VAUGHN R. WALKER
14                                       Judge of the United States District Court

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion for Order Permitting Withdrawal and Substitution of Counsel and Order Thereon

1

**GENERAL ORDER ATTESTATATION**

2      I, Teresa A. Cunningham, am the ECF user whose ID and password are being used to file

3 PLAINTIFF'S MOTION FOR ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION

4 OF COUNSEL AND [PROPOSED] ORDER THEREON.  In compliance with General Order

5 45.X.B., I hereby attest that James R. Rose and Katharine Heldt Falace, Joel Gott and Duncan Gott

6 have concurred in this filing.

7                                              /s/ Teresa A. Cunningham
                                            TERESA A. CUNNINGHAM
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Motion for Order Permitting Withdrawal and Substitution of Counsel and Order Thereon**

1  TERESA A. CUNNINGHAM (S.B. #136013)
   GAW, VAN MALE, SMITH, MYERS & REYNOLDS
2  A Professional Law Corporation
   1000 Main Street, 3rd Floor
3  Napa, California  94559
   (707) 252-9000
4  Fax:  (707) 252-8721
   E-mail: tcunningham@gawvanmale.com
5
   Attorneys for Plaintiff/Counter-Defendant,
6  GOTT BROTHERS DEVELOPMENT, LLC
   and Counter-Defendants JOEL GOTT and DUNCAN GOTT
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 GOTT BROTHERS DEVELOPMENT,          )   Case No.  CV 09-00807 VRW
   LLC, a limited liability company,   )
12                                     )
              Plaintiff,               )   GAW, VAN MALE, SMITH, MYERS &
13                                     )   REYNOLDS' NOTICE OF INTENT TO
   vs.                                 )   SUBSTITUTE OUT AS COUNSEL FOR
14                                     )   PLAINTIFF GOTT BROTHERS
   JEAN NICHOLSON and DEAN             )   DEVELOPMENT, LLC, JOEL GOTT
15 NICHOLSON, individually and as      )   AND DUNCAN GOTT
   Trustees of the DEAN AND JEAN T.    )
16 NICHOLSON FAMILY TRUST;             )
   VIRGINIA TOOGOOD, individually and  )
17 as the Trustee of the VIRGINIA      )
   TOOGOOD FAMILY TRUST, and DOES      )
18 1 through 20, inclusive,            )
                                       )
19            Defendants.              )
   _____)
20                                     )
   AND RELATED COUNTERCLAIM.          )
21 _____)

22 TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

23      Pursuant to Local Rule 11-5(a):

24      PLEASE TAKE NOTICE that Gaw, Van Male, Smith, Myers & Reynolds intends to

25 substitute out as counsel for Plaintiff/Counter-Defendant Gott Brothers Development, LLC and

26 Counter-Defendants Joel Gott and Duncan Gott.

27 / / /

28 / / /

EXHIBIT A

1    Please advise us immediately if you plan to oppose this substitution of counsel.

2    DATED:  November 24, 2009

3                                        GAW, VAN MALE, SMITH, MYERS & REYNOLDS

4

5    By_____

6                                        TERESA A. CUNNINGHAM
                                         Attorneys for Plaintiff/Counter-Defendant GOTT
7                                        BROTHERS DEVELOPMENT, LLC and Counter-
                                         Defendants JOEL GOTT and DUNCAN GOTT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice of Intent to Substitute Out As Counsel of Record**

1   **Gott Brothers Development, LLC v. Nicholson, et al.**
U.S.D.C. Case No. CV 09-00807 VRW

2

3                             **PROOF OF SERVICE**

4       I, CATHY J. SULLIVAN, declare that:

5       I am employed in the County of Napa, State of California.  I am over the age of eighteen
years and not a party to the within action.  My business address is 1000 Main Street, 3rd Floor,

6   Napa, California 94559.

7       On the below date, I served the attached:

8      **GAW, VAN MALE, SMITH, MYERS & REYNOLDS' NOTICE OF INTENT TO
SUBSTITUTE OUT AS COUNSEL FOR DEFENDANT GOTT BROTHERS**

9      **DEVELOPMENT, LLC, JOEL GOTT AND DUNCAN GOTT**

10  on the parties to this action by placing a true copy thereof in a sealed envelope, addressed as
follows:

11

Patrick McGovern, Esq.

12  Attorney at Law
270 Redwood Shores Parkway, No. 730

13  Redwood City, CA   94065

14  Joel Gott
Duncan Gott

15  Gott Brothers Development, LLC
Post Office Box 539

16  St. Helena, CA 94574

17

18  XX          **(BY MAIL)**  I placed each such sealed envelope with postage thereon fully
prepaid for first-class mail, for collection and mailing at Napa, California,

19               following ordinary business practices.  I am readily familiar with my business'
practice for collection and processing of correspondence for mailing with the
United States Postal Service, and correspondence is deposited daily with the

20               United States Postal Service in the ordinary course of business.

21               **(BY PERSONAL SERVICE)**  I caused each such envelope to be delivered by
hand to the addressee(s) noted above.

22

23               **(BY FACSIMILE)**  I caused said document to be transmitted by telecopier to
the number indicated after the address(es) noted above.

24       I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

25

26       Executed on **November 24, 2009**, at Napa, California.

27                                               _Cathy J. Sullivan_
                                             CATHY J. SULLIVAN

28

**Gott Brothers Development, LLC v. Nicholson, et al.**
U.S.D.C. Case No. CV 09-00807 VRW

**PROOF OF SERVICE**

I, CATHY J. SULLIVAN, declare that:

I am employed in the County of Napa, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 1000 Main Street, 3rd Floor, Napa, California 94559.

On the below date, I served the attached:

**PLAINTIFF'S MOTION FOR ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER THEREON**

on the parties to this action by placing a true copy thereof in a sealed envelope, addressed as follows:

Patrick McGovern, Esq.                     Joel Gott
Attorney at Law                            Duncan Gott
270 Redwood Shores Parkway, No. 730        Gott Brothers Development, LLC
Redwood City, CA  94065                    Post Office Box 539
                                           St. Helena, CA 94574
James R. Rose, Esq.
Katharine Heldt Falace, Esq.
Law Offices of James R. Rose
1500 Railroad Avenue
St. Helena, CA 94574

XX        **(BY MAIL)** I placed each such sealed envelope with postage thereon fully prepaid for first-class mail, for collection and mailing at Napa, California, following ordinary business practices. I am readily familiar with my business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and correspondence is deposited daily with the United States Postal Service in the ordinary course of business.

          **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressee(s) noted above.

          **(BY FACSIMILE)** I caused said document to be transmitted by telecopier to the number indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **December 17, 2009**, at Napa, California.

CATHY J. SULLIVAN