*Gott v. Nicholson, et al.*
U.S.D.C. Case No. CV 09-00807 PVT

# PROOF OF SERVICE

I, Jody Gleffe, declare that:

I am employed in the County of Napa, State of California. I am over the age of eighteen years and not a party to the within action. My business address is Law Offices of James R. Rose, Inc., 1500 Railroad Avenue, St. Helena, CA, 94574.

On the below date, I served the attached:

**Order Setting Case Management Conference**

on the parties to this action by placing a true copy thereof in a sealed envelope, addressed as follows:

Patrick McGovern, Esq.
270 Redwood Shores Parkway, No. 730
Redwood City, CA 94065

__XXX__   **(BY MAIL)** I placed each such sealed envelope with postage thereon fully prepaid for first-class mail, for collection and mailing at St. Helena, California, following ordinary business practices. I am readily familiar with my business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and correspondence is deposited daily with the United States Postal Service in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **June 22, 2010**, at St. Helena, California.

*/s/ Jody Gleffe*
Jody Gleffe