PATRICK MCGOVERN, ESQ. (SBN 115981)
270 Redwood Shores Parkway, No. 730
Redwood City, California 94065
Telephone:    (650) 274-4085
Facsimile:    (650) 596-9663
E-Mail: mcglaw@comcast.net

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOTT BROTHERS DEVELOPMENT, LLC, a limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>JEAN NICHOLSON and DEAN NICHOLSON, individually and as Trustees of the DEAN AND JEAN T. NICHOLSON FAMILY TRUST; VIRGINIA TOOGOOD, individually and as the Trustee of the VIRGINIA TOOGOOD FAMILY TRUST, COMPRISING VIRGINIA T. TOOGOOD AND DOES 1-20, INCLUSIVE,<br><br>Defendants. | Case No. CV 09-00807 VRW<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>JUDGE:    Hon. Vaughn R. Walker |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: August 11, 2010

_____
Patrick McGovern
Attorney for Defendants/Counter-claimants

- 1 -