# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Gott Brothers Development, LLC, | 09-00807 VRW ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Nicholson, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Daralyn Durie**
> Durie Tangri Lemley Roberts & Kent
> 217 Leidesdorff
> San Francisco, CA 94111
> 415-362-6666
> ddurie@durietangri.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-4 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
09-00807 VRW

-1-

1   Counsel are reminded that the written ENE statements required by the ADR L.R.
2   5-8 shall NOT be filed with the court.

4   Dated: August 26, 2010

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

_____/s/_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Evaluator**
09-00807 VRW

-2-